IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CLARA BERNICE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:15-cv-00597 |
| V. | ) |
| | ) Judge Sharp |
| TENNESSEE DEPARTMENT OF | ) Magistrate Judge Knowles |
| CHILDREN'S SERVICES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# ORDER

Plaintiff Clara Bernice Brown filed this action against Defendant Tennessee Department of Children's Services alleging that Defendant discriminated against her because of her disability, in violation of § 504 of the Rehabilitation Act of 1973. (Docket No. 7). Defendant then filed a Motion for Summary Judgement. (Docket No. 28). Additionally, Defendant filed a supporting Memorandum of Law and a Statement of Undisputed Facts, among other documents. (Docket Nos. 29-31). Plaintiff did not respond to Defendant's Motion for Summary Judgment or Statement of Undisputed Facts.

Magistrate Judge Knowles has issued a Report and Recommendation ("R & R") (Docket No. 35), in which he recommends that Defendant's motion be granted. Despite having been advised that any objection needed to be filed within fourteen days of service, Plaintiff has filed none. Having considered the matter as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. The Court additionally notes that, months after Defendant filed its Motion for Summary Judgment and prior to the issuance of the R & R, Plaintiff filed a Motion for Leave to Late File New Facts. (Docket No. 32).

Plaintiff's motion was untimely pursuant to the Scheduling Order (Docket No. 14) and, in any case, would not have helped her survive Defendant's Motion for Summary Judgment. Therefore, that motion (Docket No. 32) is denied.

Accordingly, the R & R (Docket No. 35) is hereby ACCEPTED and APPROVED and Defendant's Motion for Summary Judgment (Docket No. 28) is GRANTED. The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE